IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

October 23, 2024

LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
DEPUTY CLERK

**BURL LYNN WEEMS,**
    **Plaintiff,**                                    Civil Action No. 7:24 -cv-00090

v.                                                            **OPINION and ORDER**

**SWVRJA-DUFFIELD JAIL,**                **By:**     **Robert S. Ballou**
    **Defendant.**                                                **United States District Judge**

      Plaintiff, proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983, while incarcerated. By its Orders entered February 5, 2024, and February 20, 2024, the court advised plaintiff that a failure to update his mailing address after a transfer or release from incarceration will result in dismissal of this action.

      The court's mail to plaintiff has been returned as undeliverable, and plaintiff has not contacted the court since February 29, 2024. Plaintiff failed to comply with the court's Orders requiring plaintiff to maintain an accurate mailing address. Therefore, the court finds that plaintiff failed to prosecute this action, pursuant to Federal Rule of Civil Procedure 41(b), by not complying with the court's Orders. *See Ballard v. Carlson*, 882 F.2d 93, 96 (4th Cir. 1989) (stating *pro se* litigants are subject to time requirements and respect for court orders and dismissal is an appropriate sanction for non-compliance); *Donnelly v. Johns-Manville Sales Corp.*, 677 F.2d 339, 340-41 (3d Cir. 1982) (recognizing a district court may sua sponte dismiss an action pursuant to Fed. R. Civ. P. 41(b)). Accordingly, this action is **DISMISSED without prejudice** and this matter is **STRICKEN** from the active docket of this court.

      The Clerk is directed to send copies of this Order to the plaintiff.

                                      Enter: October 22, 2024

                                      /s/ Robert S. Ballou
                                      Robert S. Ballou
                                      United States District Judge